

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00208-CR

---

IN RE MATTHEW BAIRD, RELATOR

---

ORIGINAL PROCEEDING

---

July 9, 2024

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Relator, Matthew Baird, filed a document with this Court titled "Motion to Compel Attorney to Produce Client's File." By this filing, Baird requests that we compel his former attorney to provide him with his case file. *See Baird v. State*, No. 07-20-00045-CR, 2022 Tex. App. LEXIS 24, at *4 (Tex. App.—Amarillo Jan. 5, 2022, pet. ref'd) (per curiam) (mem. op., not designated for publication) (affirming Baird's conviction of continuous sexual abuse of a child). We have construed the document as a petition for writ of mandamus and dismiss it for want of jurisdiction.

We have authority to issue writs of mandamus against a judge of a district or county court in our appeals district and all writs necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. §§ 22.221(a), (b). Baird does not request mandamus relief against a

district or county judge and has not demonstrated how issuance of the requested writ against his former counsel is necessary to enforce our jurisdiction. Consequently, we are without authority to issue said writ. *See In re Youngstrom*, No. 07-14-00210-CV, 2014 Tex. App. LEXIS 6528, at *1–2 (Tex. App.—Amarillo June 16, 2014, no pet.) (mem. op.) (holding same).

Accordingly, Baird's petition for writ of mandamus is dismissed for want of jurisdiction.

Per Curiam

Do not publish.